IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | § § § § § § § | CASE NO. 17-33383 |
| JACQUELINE ESTY, | | |
| DEBTOR. | | |
| JACQUELINE ESTY | § § § § § § | |
| PLAINTIFF | | ADVERSARY PROCEEDING NUMBER 20-03003 |
| VS. | § § § | |
| NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER, and ALBERTELLI LAW, | § § § § § | |
| DEFENDANTS | § | |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE IN ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Adversary Proceeding as counsel for Nationstar Mortgage, LLC d/b/a Mr. Cooper, pursuant to Rules 2002, 9007 and 9001(b) of the Federal Rules of Bankruptcy Procedure and hereby requests that all notices given or required to be given and all papers or pleadings served or required to be served in this Adversary Proceeding be delivered and served upon Nationstar Mortgage, LLC. d/b/a Mr. Cooper, at the address of its counsel as set forth below:

Jackson E. Duncan, III, Esq.
McCALLA RAYMER LEIBERT PIERCE, LLC
2 North 20th Street, Suite 1000
Birmingham, Alabama 35203
Telephone - (205) 208-1804
E-Mail – Jackson.Duncan@mccalla.com

PLEASE TAKE NOTICE the foregoing request includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which, in any way, affect the above-captioned Debtor.

PLEASE TAKE FURTHER NOTICE that Nationstar Mortgage, LLC d/b/a Mr. Cooper, does not intend for this notice or appearance or any later appearance, pleading, claim or suit to constitute a wavier of (1) the right of Nationstar Mortgage, LLC d/b/a Mr. Cooper to have final orders in non-core matters entered only after <u>de novo</u> review by the United States District Court, (2) the right of Nationstar Mortgage, LLC d/b/a Mr. Cooper to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of Nationstar Mortgage, LLC d/b/a Mr. Cooper to have the United States Bankruptcy Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which Nationstar Mortgage, LLC d/b/a Mr. Cooper is or may be entitled.

    */s/ Jackson E. Duncan, III*
Jackson E. Duncan, III
Attorney for Nationstar Mortgage, LLC d/b/a Mr. Cooper

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance has been served upon the following by first class United States mail, properly addressed with postage prepaid, on this date, February 26, 2020:

PAUL D. ESCO
ATTORNEY AT LAW, LLC
2800 Zelda Road; Suite 200-7
Montgomery, Alabama 36106

    */s/ Jackson E. Duncan, III*
Of Counsel for Nationstar Mortgage, LLC d/b/a Mr. Cooper

Case 20-03003    Doc 10    Filed 02/26/20    Entered 02/26/20 15:59:25    Desc Main
Document      Page 2 of 2